UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USDA-APHIS WILDLIFE SERVICES,<br><br>　　　　　Defendant. | Case No. 1:15-CV-00219-BLW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　The parties' Settlement Agreement (ECF No. 13-1) and Stipulation for Dismissal with Prejudice (ECF No. 13) having been presented to the Court, and good cause appearing therefor;

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same hereby is, DISMISSED WITH PREJUDICE in its entirety pursuant to the fully executed Settlement Agreement, with the Court retaining jurisdiction to enforce the Settlement Agreement (as provided therein).  The Clerk shall close this case.

DATED: October 9, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**